## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

James Kelley
500 Forest St WAUSAU, WI
54403, 5302 Horbstuhl Ln
GODFrey, IL 62035
)
)
)
)
)
)
)
 Plaintiff/Petitioner(s),
)
)
)
-vs-
)
)
Madison County Sherriffs
Dept, Madison County
Public Defenders office.
405 Randle St Edwardville,
IL 62025
)
)
)
)
)
)
 Defendant/Respondent(s).

Docket No. 07-887-JPG
(To be supplied by the Clerk)

☑ **CIVIL RIGHTS COMPLAINT**
**pursuant to 42 U.S.C. §1983**
**(State Prisoner)**

☐ **CIVIL RIGHTS COMPLAINT**
**pursuant to 28 U.S.C. §1331**
**(Federal Prisoner)**

☐ **CIVIL COMPLAINT**
**pursuant to the Federal Tort Claims**
**Act, 28 U.S.C. §1346, 2671-2680**

FILED
DEC 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## I. JURISDICTION

**A.** Plaintiff's mailing address and/or register number and present place of confinement.

500 Forest St WAUSAU, WI 54403
B-8

**B.** Defendant James Kelley is employed as
(Name of First Defendant)

_____
(Position/Title)

with _____
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes ( )    No (✓)

If your answer is "yes", briefly explain:

_____

_____

Rev. 2/00

C.    Defendant _____ is employed as

                                         (Name of Second Defendant)

_____

                                           (Position/Title)

with _____

                                     (Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

                Yes ( )            No (✓)

If your answer is "yes", briefly explain:

_____

_____

_____

D.    Using the outline of the form provided, include the above information for any additional defendant(s).

_____

_____

_____

_____

_____

_____

_____

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?

                Yes ( )            No (✓)

B.    If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

_____

_____

_____

_____

_____

1.    Parties to previous lawsuits:
Plaintiff(s) _____

      Defendant(s) _____
_____
_____

2.    Court (if Federal Court, name the District; if State Court, name the County)
_____

3.    Docket number _____

4.    Name of Judge to whom case was assigned _____

5.    Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
_____

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

7.    Approximate date of filing lawsuit _____

8.    Approximate date of disposition _____

## III.  GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? *No*

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( ) No (✓)

C.    If your answer is "yes",
1.    What steps did you take? _____
_____

2.    What was the result? _____
_____

D.    If your answer is "no", explain why not. *fear of retribution waited to presume until after transfer.*

Rev. 2/00

E.  If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities?  Yes ( )   No (✓)

F.  If your answer is "yes",

    1.  What steps did you take? _____

        _____

        _____

    2.  What was the result? _____

        _____

        _____

G.  If your answer is "no", explain why not. _____

    _____

    _____

    _____

H.  Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:

    _____

    _____

    _____

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.** Additionally, attach any relevant, supporting documentation.

I, James Kelley, was held in Madison County Jail in
Edwardsville, IL 62025 between the dates of July 22 2007
to Nov 2, 2007 for Transport to Marathon County,
Wausau, WI. 54403.
   During this time. I, James Kelley was violated of
my Civil Rights and was succombed to verbal and
Physical Altercations.
   On or About August 5, 2007 I, James Kelley
passed a Kidney Stone. and even though the Madison
County Sheriff Department knew of my medical dilemma
did Nothing for a period of two Hours, At this I,
James Kelley was left on the floor of my Cell in my
own blood and Urine. I, James Kelley was then made

Rev. 2/00

to walk a distance of a football field, where I, James Kelley was left in a Attorney Booth for another hours time. Then I, James Kelley was handcuffed and shackled with a chain wrapped around my Abdomen which was excruciating even further. I, James was Placed in a Deputy car while in transport to Saint Kelter Hospital where Dortor's confirmed I, Passed a Kidney Stone. I, James Kelley was then Returned to Madison County Jail and returned to my Cell, no follow up, no return check up from Jail medical staff.

On Sept. 12, 2007, I, James Kelley told guards of many altercations the Caucasion Inmates were having with black inmates, we were then ridiculed and harassed by guards, we Caucasion inmates would fight for food, envelopes, telephone and shower rights. We were severly outnumbered and beatings were a Common occurance.

On October 15, 2007, inmate Corie Briggs was beaten about his Head, Back, legs and then whipped with his shoe soles. I, James Kelley stood over Mr. Briggs until the group subsided.

From July 22, 2007 until November 3, 2007 I, James Kelley was told by my Public Defender that I, James Kelley was given a bond but when family had tried to bond me, out they were told I, James Kelley had No Bond, I, James Kelley, believe that my right to counsil was Violated and my physical and mental body has been severly Altered due to my incarceration at Madison County Jail, Edwardsville, IL 62025

JPK

JPK

JPK

JPK

Rev. 2/00

## V.     REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

_____
_____
_____
_____
_____
_____
_____
_____
_____

## VI.    JURY DEMAND *(check one box below)*

The plaintiff does ☐     does not ☒     request a trial by jury. *(See* Fed.R.Civ.P. 38.)

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure.    The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this _____ day of _____, 20___.

_____
                                            Signature of Plaintiff

_____
                                            Signature of attorney, if any

Rev. 2/00                                              - 6 -