UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES KELLY,

    Plaintiff,

v.

MADISON COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

Case No. 07-cv-887-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**JUSTINE FLANAGAN, Acting Clerk**

**S/Deborah Agans, Deputy Clerk**

**DATED: March 31, 2009**


**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**